# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY ANTWON BUCKNER,<br><br>   Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, *Warden*,<br><br>   Respondent. | Case No. LA CV 16-8471 JAK (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

  Accordingly, IT IS ORDERED THAT:

  1. The Report and Recommendation is approved and accepted;

  2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

  3. The Clerk serve copies of this Order on the parties.

  Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Slack v. McDaniel*,

529 U.S. 473, 484 (2000).  Thus, the Court declines to issue a certificate of appealability.

DATED: January 24, 2017

                                        HON. JOHN A. KRONSTADT
                                      UNITED STATES DISTRICT JUDGE