JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY ANTWON BUCKNER, <br> Petitioner, <br> v. <br> W.L. MONTGOMERY, *Warden*, <br> Respondent. | Case No. LA CV 16-8471 JAK (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 24, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE